IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEREMY LEE CONLIN,<br>    TDCJ-CID NO.01293724,<br>        Plaintiff,<br>v.<br><br>BARBARA LANGE, *et al.*,<br>        Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. H-06-1817<br>§<br>§<br>§ |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy of this Order to the parties.

Signed at Houston, Texas, this 7th day of November, 2006.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE